FILED
CLERK, U.S. DISTRICT COURT

SEP 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>Javier Martinez-Juarez,<br>               Defendant. | ) CASE NO: CR 04 - 00039 - JVS<br>)<br>) ORDER OF DETENTION AFTER<br>) HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>) Allegations of Violations of Probation<br>) Supervised Release)<br>) Conditions of Release)<br>) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (✗)   the appearance of defendant as required; and/or

(B)   (✗)   the safety of any person or the community.

//
//

The court concludes:

A.     (✗)   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_— instant offense / allegations_
_— prior conviction / arrest record._

(B)    (✗)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_— no background information_
_— immigration status_

IT IS ORDERED that defendant be detained.

DATED:   _9-13-2013_

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2